NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTOPHER ERIC NUTTING,          )
                                   )
        Appellant,                 )
                                   )
v.                                 )          Case No. 2D18-4515
                                   )
SARA LOUISE NUTTING,               )
                                   )
        Appellee.                  )
_____)

Opinion filed September 20, 2019.

Appeal from the Circuit Court for
Hillsborough County; Jennifer Gabbard,
Judge.

Jerome C. Williams, Jr., of Law Office of
Jerome C. Williams, Jr., St. Petersburg, for
Appellant.

No appearance for Appellee.

PER CURIAM.

        Affirmed.

BLACK, BADALAMENTI, and SMITH, JJ., Concur.